MICHAEL J. CARLSON, SR., Individually and as Administrator of the Estate of CLAUDIA D'AGOSTINO CARLSON, Deceased, and as Assignee of William Porter, Appellant, v AMERICAN INTERNATIONAL GROUP, INC., et al., Respondents.

Submitted February 14, 2017; decided February 16, 2017

Motion by New York State Trial Lawyers Association for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

Judge FAHEY taking no part.

LESLEY DRAZEK, Appellant, v VITAL TRANSPORTATION, INC., Respondent.

Submitted January 9, 2017; decided February 16, 2017

Motion for reargument of motion for leave to appeal denied [see 28 NY3d 1023 (2016)].

TRATHONY GRIFFIN et al., Appellants, v SIRVA, INC., et al., Respondents.

Submitted February 14, 2017; decided February 16, 2017

See 835 F3d 283.

Motion by National Association of Professional Background Screeners for leave to file a brief amicus curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed.

TRATHONY GRIFFIN et al., Appellants, v SIRVA, INC., et al., Respondents.

Submitted February 14, 2017; decided February 16, 2017

See 835 F3d 283.

Motion by Legal Action Center et al. for leave to file a brief amici curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed. Three cop-